**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Thomas Moorer

                              Plaintiff,

v.                                                        Case No.: 1:18−cv−03796
                                                           Honorable Manish S. Shah

J. Valkner, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 6, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Defendant City of Chicago's motion to dismiss Mary Platt [97] is granted, without objection, and Mary Platt is terminated as a party to this case. Defendants' motion for extension of time to respond to the amended complaint [99] is granted. No appearance on 3/10/20 is necessary. Plaintiff's amended consolidated complaint is due 3/16/20, and defendants must answer by 4/6/20. All outstanding fact discovery, limited to the topics discussed in open court, must be completed by 4/27/20. Continued status hearing is set for 4/29/20 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.