# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Thomas Moorer

                    Plaintiff,

v.                                                 Case No.: 1:18−cv−03796

                                                             Honorable Manish S. Shah

J. Valkner, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing on 4/29/20 is stricken and no appearance is necessary. The parties shall file a joint status report with an update on the progress of outstanding discovery by 4/29/20. The court will enter a scheduling order in response. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.